affirmed, with costs to the landlord, appellant, in this court and in the Appellate Term. (See *Levinson* v. *Shapiro*, 238 App. Div. 158; *Jahmes Co., Inc.,* v. *Propper,* Id. 326.) Present — Finch, P. J., Merrell, Townley and Glennon, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the JEFFERSON AUTO MUTUAL CASUALTY INSURANCE CORPORATION. Claim of SAM SMITH.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley and Untermyer, JJ.

CONLEW, INC., Respondent, v. FRANCES HERRON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX G. RICH, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

EDWARD H. COHN, Respondent, v. HARRISON H. BOYCE and Others, Appellants. — Judgment and order reversed and the matter referred to Hon. Frederick Spiegelberg, official referee, to take testimony on the issue of the validity of the settlement stipulation, with costs to the appellants to abide the event. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MINNIE MAILMAN, Guardian ad Litem of IRVING MAILMAN, an Infant, Appellant, v. ABRAHAM MAILMAN and MARYLAND CASUALTY COMPANY, Respondents.— Judgment affirmed, with costs to the respondent Maryland Casualty Company. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOHN RIETZ, Respondent, v. PHILLIP A. BUSMAN and Others, Defendants, Impleaded with HYMAN ZARETSKY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of ANN COYLE JOBIN, as Administratrix, etc., of JOSEPH JOBIN, Deceased, to Discover Certain Property of Said Deceased Claimed to Be Withheld. ALBINA YALE, Respondent.— Order affirmed, with twenty dollars costs and disbursements to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Merrell and Glennon, JJ., dissent and vote to reverse and direct that the property be turned over to the administratrix.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE W. REYNOLDS, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BENNO KLEEBLATT, Appellant, v. MORSE SILVER and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BENJAMIN IMBER, Respondent, v. CONSOLIDATED INDEMNITY AND INSURANCE COMPANY, Appellant.— Determination affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ROSE STERN BRAUDE, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY